IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| BMB DINING SERVICES (FUQUA), INC. d/b/a BOMBSHELLS HOUSTON-SOUTH, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02499 |
| THE TEXAS ALCOHOLIC BEVERAGE COMMISSION; *et al.*, | § § § § | |
| *Defendants.* | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff BMB Dining Services (Fuqua), Inc., d/b/a Bombshells Houston-South, hereby files this voluntary notice of dismissal without prejudice. Dismissal is appropriate under Rule 41(a)(1) because the opposing parties have not served an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, Plaintiff hereby dismisses all its causes of action in the Original Complaint asserted against Defendants without prejudice.

Respectfully submitted,

WALLACE & ALLEN, LLP

*/s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar ID: 20117
440 Louisiana, Suite 1500
Houston, Texas 77002
Tel: (713) 227-1744
Fax: (713) 227-0104
cwallace@wallaceallen.com
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on October 5, 2020.

Benjamin L. Dower
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4674 (direct)
(512) 320-0667 (facsimile)
benjamin.dower@oag.texas.gov
**ATTORNEY FOR DEFENDANTS**

                                      */s/ Casey T. Wallace*
                                      Casey T. Wallace