United States District Court
Southern District of Texas
**ENTERED**
October 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BMB Dining Services, et al, | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. H-20-2499 |
| The Texas Alcoholic Beverage Commission, et al, | | |
| Defendants. | | |

ORDER

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed on October 5, 2020 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this ___7___ day of October, 2020.

DAVID HITTNER
United States District Judge